# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SYED M. MONNAN, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
| v. | : | No. 10-2218 |
|  | : |  |
| TRANS UNION, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |

## ORDER

**AND NOW**, this 28th day of December, 2010, upon consideration of Plaintiff Syed M. Monnan's Motion to Compel Defendant Trans Union, LLC'S Answers To Plaintiff's First Set Of Interrogatories And Requests For Production Of Documents (Doc. No. 9), and the Response and Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Specifically, it is **ORDERED**, to the extent the information is available and not privileged, that:

(1) Defendant shall fully and completely supplement its interrogatory responses to Plaintiff's First Set of Interrogatories Nos. 6-9, 20 and 24, within fourteen (14) days of the date of this Order; and

(2) Defendant shall produce all responsive documents to Plaintiff's First Requests for Production of Documents Nos. 69, 72, 79, 105-10, 113, 115, 119, 131 and 135, within fourteen (14) days of the date of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE